JS-6

**NOTE CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALLEGIS GROUP, INC.; AEROTEK, INC.; ALLEGIS GROUP, INC. dba AEROTEK, INC.; METRONIC, INC.; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-04232-MWF-MAA<br><br>[Assigned to Hon. Michael W. Fitzgerald]<br><br>**ORDER GRANTING STIPULATION TO ARBITRATE CLAIMS AND TO STAY ACTION**<br><br>Complaint Filed: March 20, 2020 |

# ORDER

Having considered the parties' stipulation, and upon good cause shown, the Court hereby orders as follows:

1. The parties' stipulation compelling to arbitrate Plaintiff's claims before JAMS pursuant to the terms of the mutual arbitration agreement is GRANTED.
2. The matter shall be stayed pending binding arbitration.
3. The parties shall file a joint status report every 90 days, commencing August 18, 2020, or within ten days of an arbitration decision, whichever occurs first.
4. The Scheduling Conference set for June 29, 2020 is VACATED.

IT IS SO ORDERED.

DATED: May 20, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge

***The Court did not receive a word-processing version of this Order, despite an email to all counsel requesting it. If future filings do not comply with the Local Rules and this Court's Procedures and Schedules, the Court will strike the documents.***