JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GOMEZ, | Case No. CV 20-4232-MWF (MAAx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| ALLEGIS GROUP, INC.; AEROTEK, INC.; ALLEGIS GROUP, INC. dba AEROTEK, INC.; MEDTRONIC, INC.; And DOES 1 through 100, Inclusive, | |
| Defendants | |

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

DATED: April 25, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

1
**ORDER**